GABLER v. PICACHO BLANCO MIN. CO. et al. (Circuit Court, S. D. New York. February 27, 1905.) On Motion for Preliminary Injunction. A. A. Michell, for the motion. Abram J. Rose, opposed.

LACOMBE, Circuit Judge. In view of the conflicting sworn statements as to the facts, the status quo should be preserved until final hearing. Com-

plainant may, therefore, take an order for injunction in the form of the original stay order, as modified by the order filed November 28, 1904, and with such further modifications as may be necessary to permit the operation of any of the properties.